UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ESTHER ARROYO AGOSTO

Debtor(s)

CASE NO. 08-07108

CHAPTER 13

## MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE AND ANSWER TO MOTION TO DISMISS FILED BY THE CHAPTER 13 TRUSTEE

**TO THE HONORABLE COURT:**

**COMES NOW,** debtor Esther Arroyo Agosto, through the undersigned attorney and very respectfully states and prays:

1. The instant Petition was filed on October 23, 2008.
2. The Payment Plan was confirmed on December 23, 2008.
3. Debtor paid $2,100.00 which takes care of the arrears incurred with the Chapter 13 Payment Plan. (see exhibit I)
4. That debtor's arrears with the Chapter 13 Trustee were due to the debtor parent's medical condition for which debtor incurs in some extra expenses on medical attention and medicines.
5. That debtor requests a Reconsideration of the Order Dismissing case since debtor is current with the Chapter 13 Trustee

**WHEREFORE**, it is respectfully requested from this Honorable Court to Reconsider the Order Dismissing the Chapter 13 case for all the above mentioned reasons.

**RESPECTFULLY SUBMITTED.**
In San Juan, Puerto Rico, this 6th day of September, 2011.

_____
ANTONIO I. HERNÁNDEZ SANTIAGO, ESQ.
USDC-PR 201602
PO BOX 8509
SAN JUAN, PR 00910-0509
TELS.(787)250-0575 FAX: (787)753-7655
EMAIL:ahernandezlaw@yahoo.com

## CERTIFICATE OF SERVICE

I DO HERBY CERTIFY that on this date I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com

ANTONIO I HERNANDEZ SANTIAGO    ahernandezlaw@yahoo.com

MONSITA LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov

FRANCISCO J PORTUONDO DIAZ    carmene.rodriguez@bbvapr.com

JOSE M PRIETO CARBALLO    jpc@jpclawpr.com

SERGIO A RAMIREZ DE ARELLANO    sramirez@sarlaw.com


I DO HERBY FURTHER CERTIFY that on the same date a true and exact copy of the foregoing has been sent by regular United States mail <u>to Debtors, Esther Arroyo Agosto, Urb. Caguas Norte  C26 Calle Dublin, Caguas PR 00725-2206, and to the following:</u>

**ANCO POPULAR DE PR**
PO BOX 362708
SAN JUAN, PR 00936-2708

**BANCO POPULAR DE PR**
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818

**BANCO SANTANDER PR**
PO BOX 362589
SAN JUAN, PR 00936-2589

**BBVA**
PO BOX 71113
SAN JUAN, PR 00936-1113

**BBVA**-P.O. BOX 364745, SAN JUAN, P.R. 00936-4745

**CITIFINANCIAL**
CALLE ACOSTA # 24
CAGUAS, PR 00726

**COMMOLOCO**
PO BOX 191697
SAN JUAN, PR 00919-1697

**DORAL BANK**
PO BOX70308
SAN JUAN, PR 00936-8308

**FIRST BANK**
PO BOX 9146
SAN JUAN, PR 00908-0146

**FIRST BANK OF PUERTO RICO**
BANKRUPTCY DIVISION
PO BOX 9146
SAN JUAN, P.R. 00908-0146

**ISLAND FINANCE**
ORIENTAL BANK GROUP BLDG. 998
CALLE SAN ROBERTO SUITE 3000
SANJUAN, PR 00926

**SANTANDER FINANCIAL SERVICES D/B/A ISLAND FINANCE**
C/O LIGIA RIVERA BUJOSA
PO BOX 7011
PONCE PR 00732

In San Juan, Puerto Rico, this 6th day of September, 2011.

_____
ANTONIO I. HERNÁNDEZ SANTIAGO, ESQ.
USDC-PR 201602
PO BOX 8509
SAN JUAN, PR  00910-0509
TELS.(787)250-0575
FAX: (787)753-7655
EMAIL:ahernandezlaw@yahoo.com

**Banco Santander Puerto Rico**

BANCO SANTANDER PUERTO RICO certifica que estas son copias fieles y exactas de sus cheques u otros efectos procesados en este estado.
BANCO SANTANDER PUERTO RICO certifies that these images are legitimate and exact copies of your checks or other effects processed in this statement.

---

ESTHER ARROYO AGOSTO   D.T.P. 08-07108
LIC.
URB. CAGUAS NORTE, C-26 DUBLIN
CAGUAS, PR 00725
TEL.

9450
101-201/215

Julio-30-2011   Date

Pay to the order of   José R. Camón   $ 525.00

Quinientos veinticinco dlls con 00/100   Dollars

Santander
SUCURSAL DE SAN JUAN
SAN JUAN P.R.

For D-T-P Cse 08-07108-BKT

:021502341: ▓▓▓▓7479" 9450

Número Cheque: 9450   Importe: 525.00   Fecha: 08/25/2011

---

2=653=260  1
5165

PAY TO THE ORDER OF
WITHIN NAMED PAYEE
ENDORSEMENT GUARANTEED
CITIBANK PUERTO RICO
>> 021502040 <<

Endoso: 12371900344

**Banco Santander Puerto Rico**

BANCO SANTANDER PUERTO RICO certifica que estas son copias fieles y exactas de sus cheques u otros efectos procesados en este estado.
BANCO SANTANDER PUERTO RICO certifies that these images are legitimate and exact copies of your checks or other effects processed in this statement.

---

Esther Arroyo Agosto
Urb. Caguas Norte, Calle 4 G-26
Lic. ~~~~~ D-I-P 08-07108
Ph. ~~~~~
Caguas, P.R. 00725

101-234 / 215      3409

DATE July 19-2011

PAY TO THE ORDER OF Jose R. Carrion - Chapter 13    $ 1,575.00

Mil Quinientos setenta y cinco    DOLLARS

Banco Santander Puerto Rico
SUCURSAL SAN JUAN, SAN JUAN, PUERTO RICO

MEMO Case 08-07108-BKT

⑆021502341⑆ ⑈~~~~~7479⑈ 3409

Número Cheque: 3409   Importe: 1,575.00   Fecha: 07/28/2011

---

2-652-360 2
8078

PAY TO THE ORDER OF
WITHIN NAMED PAYEE
ENDORSEMENT GUARANTEED
CITIBANK PUERTO RICO
>> 021502040 <<

ENDORSE HERE

Endoso: 12091900453



Friday, September 02, 2011 9:56:43 AM
Esther Arroyo