IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ESTHER ARROYO AGOSTO<br><br>Debtor(s) | CASE NO. 08-07108<br><br>CHAPTER 13 |

## URGENT MOTION REQUESTING AUTHORIZATION FOR MORTGAGE MODIFICATION WITH DORAL BANK

**TO THE HONORABLE COURT:**

**COMES NOW**, Debtor Esther Arroyo Agosto, through the undersigned attorney and respectfully states and prays as follow:

1. That the Instant petition was filed October 23, 2008.

2. That debtor is co-debtor in her parents Mortgage Loan and is also debtor residence.

3. That Doral required an authorization of the Bankruptcy Court in order to make a Mortgage Modification on said Mortgage loan, because of debtor being the co-debtor.

4. That this modification takes care of all arrear on the mortgage loan. This modification is over debtor residence.

**WHEREFORE**, it is respectfully requested from this Honorable Court to enter an order authorizing the Mortgage Modification with Doral Bank.

RESPECTFULLY SUBMITTED.
In San Juan, Puerto Rico, this 4th day of November, 2011

ANTONIO I. HERNÁNDEZ SANTIAGO, ESQ.
USDC-PR 116204
PO BOX 8509
SAN JUAN, PR 00910-0509
TELS.(787)250-0575 FAX. (787)753-7655
EMAIL:ahernandezlaw@yahoo.com

## CERTIFICATE OF SERVICE

     I DO HERBY CERTIFY that on this date I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com

ANTONIO I HERNANDEZ SANTIAGO    ahernandezlaw@yahoo.com

MONSITA LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov

FRANCISCO J PORTUONDO DIAZ    carmene.rodriguez@bbvapr.com

JOSE M PRIETO CARBALLO    jpc@jpclawpr.com

SERGIO A RAMIREZ DE ARELLANO    sramirez@sarlaw.com

     I DO HERBY FURTHER CERTIFY that on the same date a true and exact copy of the foregoing has been sent by regular United States mail <u>to Debtors, Esther Arroyo Agosto, Urb. Caguas Norte C26 Calle Dublin, Caguas PR 00725-2206, and to the following:</u>

**ANCO POPULAR DE PR**
PO BOX 362708
SAN JUAN, PR 00936-2708

**BANCO POPULAR DE PR**
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818

**BANCO SANTANDER PR**
PO BOX 362589
SAN JUAN, PR 00936-2589

**BBVA**
PO BOX 71113
SAN JUAN, PR 00936-1113

**BBVA-P.O. BOX 364745, SAN JUAN, P.R. 00936-4745**

**CITIFINANCIAL**
CALLE ACOSTA # 24
CAGUAS, PR 00726

**COMMOLOCO**
PO BOX 191697
SAN JUAN, PR 00919-1697

**DORAL BANK**
PO BOX70308
SAN JUAN, PR 00936-8308

**FIRST BANK**
PO BOX 9146
SAN JUAN, PR 00908-0146

**FIRST BANK OF PUERTO RICO**
BANKRUPTCY DIVISION
PO BOX 9146
SAN JUAN, P.R. 00908-0146

**ISLAND FINANCE**
ORIENTAL BANK GROUP BLDG. 998
CALLE SAN ROBERTO SUITE 3000
SANJUAN, PR 00926

**SANTANDER FINANCIAL SERVICES D/B/A ISLAND FINANCE**
C/O LIGIA RIVERA BUJOSA
PO BOX 7011
PONCE PR 00732

In San Juan, Puerto Rico, this 4th day of November, 2011.

_____
**ANTONIO I. HERNÁNDEZ SANTIAGO, ESQ.**
USDC-PR 201602
PO BOX 8509
SAN JUAN, PR 00910-0509
TELS.(787)250-0575
FAX: (787)753-7655
EMAIL:ahernandezlaw@yahoo.com