B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF PUERTO RICO

In re ESTHER ARROYO AGOSTO, Case No. 08-07108

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Midland Funding LLC by American InfoSource LP as agent | PR ACQUISITIONS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Midland Funding LLC
by American InfoSource LP as agent
PO Box 268941
Oklahoma City, OK 73126-8941

Court Claim # (if known): 3
Amount of Claim: $4,322.80
Date Claim Filed: 11/11/2008

Phone: (877) 893-8820
Last Four Digits of Acct #: 1939

Phone:
Last Four Digits of Acct. #: 1939

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lovetta Walls     Date: 01/30/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.